# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 6D2024-2816
Lower Tribunal No. 2021-CA-002715

———————————————

DAN HEALY and PATRICIA HEALY,

Appellants,

v.

ARENA WHOLESALE, INC. and PHIL DIAMOND, COUNTY COMPTROLLER OF ORANGE COUNTY,

Appellees.

———————————————

Appeal from the Circuit Court for Orange County.
Eric J. Netcher, Judge.

February 6, 2026

PER CURIAM.

AFFIRMED. *See* Fla. R. App. P. 9.315(a).

TRAVER, C.J., and STARGEL and WOZNIAK, JJ., concur.


Dan Healy and Patricia Healy, New York, New York, pro se.

Michael A. Paasch, of Dinsmore & Shohl, LLP, Orlando, for Appellee, Phil Diamond, County Comptroller of Orange County.

No Appearance for Appellee, Arena Wholesale, Inc.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF TIMELY FILED